UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 18-05999
ANTHONY FARIAS  )
JILL K OLSON-FARIAS,  )  Chapter: 7
)
)  Honorable Pamela S. Hollis
)
)  Joliet
)
Debtor(s)  )

## ORDER GRANTING
## TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

THIS MATTER COMING TO BE HEARD on theTRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE (the "Motion"); due notice having been given; movant having appeared; and the Court being advised in the premises;

IT IS HEREBY ORDERED:

A. That the Motion is granted.

B. That Debtor shall pay to Trustee the amounts of $1,342.89 (nonexempt bank funds), and $239.00 (nonexempt state tax refund). Payment should be made to "Joji Takada, Trustee for Farias", in immediately payable funds by money order or cashiers' check, within seven days of the date of the order granting this Motion.

C. That Debtor shall turnover to Trustee or Trustee's professional that certain 2013 Toyota Prius.

D. That notice of the Motion is sufficient and no further notice is necessary.
Debtor to comply with this order on or before July 13, 2018.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: June 15, 2018

**Prepared by:**

Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888