**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony Farias** | Social Security number or ITIN **xxx–xx–9348** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jill K. Olson–Farias** | Social Security number or ITIN **xxx–xx–1486** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Northern District of Illinois**

Case number:  **18–05999**

# Order of Discharge                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony Farias                                    Jill K. Olson–Farias


July 31, 2018                                     **For the court:**  Jeffrey P. Allsteadt, Clerk
                                                               United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                      Case No. 18-05999-PSH
Anthony Farias                                                              Chapter 7
Jill K. Olson-Farias
          Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0752-1          User: tjernigan            Page 1 of 2         Date Rcvd: Jul 31, 2018
                              Form ID: 318               Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2018.
db/jdb         +Anthony Farias,    Jill K. Olson-Farias,    2810 Tanaga Basin,    New Lenox, IL 60451-2982
26542316        Absolute Resolutions Corporation,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI 48308-0730
26505598       +Codilis & Associates,    15W030 N. Frontage Rd.,    Suite 100,   Burr Ridge, IL 60527-6921
26505599       +Collection Professiona,    Po Box 416,    La Salle, IL 61301-0416
26505601        First Horizon,    PO Box 630148,   Irving, TX 75063-0113
26870453       +IPD-Inst. for Personal Development,    c/o Collection Professionals Inc.,    PO Box 416,
                 LaSalle, IL 61301-0416
26505607       +Kovitz Shifrin Nesbit,    209 8 th Street,    Racine, WI 53403-1508
26505613       +Manor Kimbark Condo,    5124-5132 S. Kimbark,    Chicago, IL 60615-3920
26505614       +Nationstar/mr. Cooper,    350 Highland Dr,    Lewisville, TX 75067-4177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJTAKADA.COM Aug 01 2018 05:28:00      Joji Takada,    Takada Law Office, LLC,
                 6336 North Cicero Avenue,    Suite 201,   Chicago, IL 60646-4448
26505588        EDI: AMEREXPR.COM Aug 01 2018 05:28:00      AMEX,    Bankruptcy Department,    PO Box 981535,
                 El Paso, TX 79998-1535
26505590       +EDI: AMEREXPR.COM Aug 01 2018 05:28:00      AMEX,    Attn: Bankruptcy Department,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
26505591       +EDI: ARSN.COM Aug 01 2018 05:28:00     ARS National Services, Inc.,     PO Box 469046,
                 Escondido, CA 92046-9046
26505589       +EDI: AMEREXPR.COM Aug 01 2018 05:28:00      Amex,    Po Box 297871,
                 Fort Lauderdale, FL 33329-7871
26505592       +E-mail/Text: bk@blittandgaines.com Aug 01 2018 01:59:26       Blitt and Gaines, P.C.,
                 Bankrupty Department,    661 N. Glenn Ave.,    Wheeling, IL 60090-6017
26505593       +E-mail/Text: bankruptcy@cavps.com Aug 01 2018 02:00:46       Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
26842690       +E-mail/Text: bankruptcy@cavps.com Aug 01 2018 02:00:47       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
26505594        EDI: CHASE.COM Aug 01 2018 05:28:00     Chase,    Bankruptcy Department,    PO Box 15398,
                 Wilmington, DE 19850-5298
26505595        EDI: CHASE.COM Aug 01 2018 05:28:00     Chasecard,    Bankruptcy Department,    PO Box 15298,
                 Wilmington, DE 19850-5298
26505596       +EDI: CITICORP.COM Aug 01 2018 05:28:00      Citi,    Attn: Bankruptcy Department,    PO Box 6241,
                 Sioux Falls, SD 57117-6241
26505597        EDI: CITICORP.COM Aug 01 2018 05:28:00      Citi,    PO Box 6500,   Sioux Falls, SD 57117-6500
26505600       +EDI: TSYS2.COM Aug 01 2018 05:28:00      Dsnb Macys,    Po Box 8218,   Mason, OH 45040-8218
26505602       +EDI: RMSC.COM Aug 01 2018 05:28:00     GECRB/BREP,    PO Box 981400,   C11G,
                 El Paso, TX 79998-1400
26505604       +EDI: HFC.COM Aug 01 2018 05:28:00     HSBC/BESTBUY,    1405 Foulk Road,
                 Wilmington, DE 19803-2769
26505603       +EDI: HFC.COM Aug 01 2018 05:28:00     HSBC/Best Buy,    Bankruptcy Department,    PO Box 15521,
                 Wilmington, DE 19850-5521
26505605        EDI: WFNNB.COM Aug 01 2018 05:28:00      J Crew,    PO Box 182273,   Attn: Customer Service,
                 Columbus, OH 43218-2273
26505606        EDI: JEFFERSONCAP.COM Aug 01 2018 05:28:00       Jefferson Capital Syst,   16 Mcleland Rd,
                 Saint Cloud, MN 56303
26505608       +E-mail/Text: NDAILY@KSNLAW.COM Aug 01 2018 01:59:38       Kovitz Shifrin Nesbit,
                 175 N Archer Ave,    Mundelein, IL 60060-2301
26505610       +EDI: LTDFINANCIAL.COM Aug 01 2018 05:28:00       LTD Financial Services, LP,
                 7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2134
26505609       +E-mail/Text: INFO@COLLECTIONBIZ.COM Aug 01 2018 02:01:43       Lou Harris Company,
                 1040 S Milwaukee Ave Ste,    Wheeling, IL 60090-6375
26505612        EDI: TSYS2.COM Aug 01 2018 05:28:00      MACYSDSNB,    911 Duke Blvd.,   Mason, OH 45040
26505611       +EDI: TSYS2.COM Aug 01 2018 05:28:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
26509585       +EDI: RMSC.COM Aug 01 2018 05:28:00     Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Joji Takada,    Takada Law Office, LLC,    6336 North Cicero Avenue,   Suite 201,
                 Chicago, IL 60646-4448
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0752-1          User: tjernigan         Page 2 of 2          Date Rcvd: Jul 31, 2018
                              Form ID: 318            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2018 at the address(es) listed below:
          David M Siegel    on behalf of Debtor 1 Anthony  Farias davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          David M Siegel    on behalf of Debtor 2 Jill K. Olson-Farias davidsiegelbk@gmail.com,
           author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
          Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada    trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor   Manor at Kimbark Condominium Association
           ndaily@ksnlaw.com,  bankruptcy@ksnlaw.com
                                                                                      TOTAL: 6
```