UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-05999 |
| | ) | |
| ANTHONY FARIAS | ) | Chapter: 7 |
| JILL K OLSON-FARIAS, | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING
## TRUSTEE'S MOTION TO APPROVE COMPROMISE
## WITH DEBTOR AND SHORTEN NOTICE

THIS MATTER BEING HEARD on the TRUSTEE'S MOTION TO APPROVE COMPROMISE WITH DEBTOR AND SHORTEN NOTICE, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED:

1. That the Motion is granted.

2. That Trustee's agreement with Debtor is authorized and approved, whereby Trustee agrees to settle any and all claims or disputes with Debtor with respect to turnover of Debtor's 2017 Federal tax refund of $7,548.00 (nonexempt portion), 2017 Illinois tax refund of $239.00, bank funds of $1,342.00, and Debtor's equity in the 2013 Toyota Prius of approximately $7,600.00 (nonexempt portion), in exchange for Debtor paying to the bankruptcy estate the settlement amount of $14,750.00 (the "Settlement Amount").

3. That Debtor shall pay the Settlement Amount in immediately available funds, by cashiers' check or money order, within seven days of the date of entry of this Order. Payment shall be made to "Joji Takada, Trustee for Williams

4. That, good cause being show, notice is shortened and no further notice is required.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: August 10, 2018

**Prepared by:**

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Business (773) 790-4888
FAX (773) 913-8800