UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-05999
)
Farias, Anthony )  Chapter: 7
Olson-Farias, Jill K. )  Honorable LaShonda Hunt
)
)  Joliet
)
Debtor(s) )

## ORDER GRANTING TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation  $ 2,225.00
2. Trustee's expenses      $     9.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above.

Enter:

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: October 09, 2020

**Prepared by:**

Joji Takada #6279901
6336 N Cicero Ave Ste201
Chicago, IL 60646
773-790-4888